# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America § 
§ CRIMINAL COMPLAINT
vs. § CASE NUMBER: DR:22-M -00145(1,2)
§
(1) Hilario Luque Perez §
(2) Angelica Marie Oviedo Reyes §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 18, 2022** in **Dimmit** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with co-conspirators and other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, material witness, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(v)(I)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "On January 18, 2021, the defendants, Hilario LUQUE-Perez, a Honduran Citizen and Angelica OVIEDO Reyes, a U.S Citizen, were arrested near Carrizo Springs, Texas, within the Western district of Texas, for conspiring to transport 1 illegal alien further into the United States. Carrizo Springs Border Patrol Agents performed a consensual encounter with a vehicle on the side of the road,

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Fuentes, Rubi
Border Patrol Agent

01/21/2022     at     DEL RIO, Texas
File Date                                                 City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE                 Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.   Case Number: DR:22-M -00145(1,2)

(1) Hilario Luque Perez
(2) Angelica Marie Oviedo Reyes

**Continuation of Statement of Facts:**

in which LUQUE-Perez was the driver and OVIEDO was the front seat passenger. One illegal alien without any documents to be or remain in the United States were found in the vehicle. Both principals refused to give a statement, the smuggled alien admitted in a sworn statement that the driver knew he was illegal."

_____   _____
Signature of Judicial Officer   Signature of Complainant